# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Quentin G. Cantrell

)
)
) Case: 1:22-mj-00051
) Assigned To : Faruqui, Zia M.
) Assign. Date : 3/7/2022
) Description: COMPLAINT W/ ARREST WAR[RANT]
)

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Quentin G. Cantrell
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Date: 03/08/2022

Zia M. Faruqui
2022.03.08
14:35:32 -05'00'

*Issuing officer's signature*

City and state:   Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 3/8/2022
at *(city and state)* Indpls, Indiana
, and the person was arrested on *(date)* 3/10/2022

Date: 3/10/2022

*Arresting officer's signature*

Matthew Stevenson   TFO
*Printed name and title*